

FILED

07/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

# IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF
JUSTIN M. OLIVEIRA

ORDER

FILED

JUL 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Justin M. Oliveira has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Oliveira's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Oliveira passed the MPRE in 2013 when seeking admission to the practice of law in Texas, where Oliveira was admitted. The petition states that Oliveira, since 2013, has engaged in the active practice of law "without any grievances or disciplinary sanctions." Good cause appearing,

IT IS HEREBY ORDERED that the petition of Justin M. Oliveira to waive the three-year test requirement for the MPRE for purposes of Oliveira's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this ⁶ᵗʰ day of July, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices